Prepared by State Reporter from Appeal Papers

action was to recover upon a promissory note executed and delivered as part payment for real property. The answer set up as a separate defense that defendant was induced to purchase the property by false and fraudulent representations.

*Harold R. Medina, William F. McNulty* and *I. Gainsburg* for appellant.

*William J. Cullen* and *William H. Griffin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ROBERT DICKIE, Respondent, *v.* WILLIAM KOBRANSKY et al., Copartners under the Firm Name of KOBRANSKY BROTHERS, Appellants.

*Negligence — motor vehicles — damage to automobile from collision with motor truck.*

*Dickie* v. *Kobransky*, 222 App. Div. 752, affirmed.

(Argued April 5, 1928; decided May 1, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 8, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for damage to plaintiff's automobile arising from a collision with a motor truck belonging to defendants alleged to have been occasioned by the negligence of defendants' servant. Plaintiff was driving his car south on Seventh avenue in the city of New York. There was evidence that a few feet north of Morton street defendants' truck proceeding north on the west side of the street struck plaintiff's car.

*Daniel Mungall* for appellants.

*George J. McDonnell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.